

OPPOSITE THE APPLICABLE DOCKET ENTRIES SHOW, IN SECTION V, ANY OCCURRENCE OF EXCLUDABLE DELAY PER 18 USC § 3161(h)

| DATE | IV. PROCEEDINGS (continued)   PAGE TWO (DOCUMENT NO.) | V. EXCLUDABLE DELAY — Interval Section (a) / Start Date End Date (b) / Lv Code (c) / Total Days (d) |
|---|---|---|
| 10/3/80 | 1  complaint filed by Charette, DEA, and sworn to before PRP | |
|  | 2  def. advised of rights & charges, report re; counsel 10/8/80  100,000 SB  Tape F/Box 241 | |
| 10-8-80 | 3  CJA 20 appointing Eva Wagner Kemper, Esq. as counsel: 1007 E. First Avenue, Hialeah, FL 33010 (885-6740) | |
|  | 4  Authorization for Distribution of Available Private Funds of $500.00 to registry of court | |
|  | 5  F.P.D. appointed for bond hearing only. | |
|  | 6  Order Reducing Bond to $50,000 corporate surety | |
| 10-14-80 | 7  Record of Proceedings. S/A Charette, DEA, sworn in, testified for Govt., established identity of defendant. Probable cause established, defendant bound over to grand jury. | |
|  | 8  Order Reducing Bond to $50,000 personal surety. Atty to send letter to Haitian embassy with her signature and that of defendant, so that def. cannot be issued passport or other travel papers to leave country. Tape 242, Box H. | |
|  | 9  Appearance Bond for $50,000 ps: 1880 N.W. 50 St., # 1, Miami, FL 33142 (633-6311). | |
| 1980 OCT 27 | INDICTMENT RETURNED AT MIAMI, FLORIDA.                    1 | |
| 29 | MANNS:  Notice of arraignment set for 11/6/80 @ 9:00 AM before the Hon. PRP.                    2 | |
| NOV 6 | MANNS:  ARRAIGNED 11-6-80, Plea- Not Guilty, Trial date set for 12-1-80,                    3 | |
| 6 | MANNS:  ORDER: Standing Discovery, 10 days to file def. motions. (11-6-80-PRP) | |
| Nov. 5 | MANNS:  ORDER: Cause set for jury trial two-week calendar commencing 12/1/80. Pretrial conference 11/26/80 at 9:00 A. M. w/ Calendar Call immediately following. (EPS) M/11/13/80.           5 | |
| 17 | MANNS:  Motion for Continuance of Pretrial Conference & Trial Date.                    6 | |
| Dec. 22 | MANNS:  RESPONSE in Opposition to Motion to Suppress.   7 | |
| 4 | MANNS:  MOT. To Suppress Inc. Memo. of Law.             8 | |
| 4 | MANNS:  STATEMENT of Facts In Support of Mot. to Suppress. 9 | |
| 30 | MANNS:  DEFTS" Reply in support of Mot. to Suppress   10 | |
| 1981 Jan. 22 | MANNS:  MOT. objecting to referral of cause to Mag. (deft) NR                    11 | |
| 27 | MANNS:  NOT. of mot. to suppress hrng. set for 2/13/81 @2:00 p.m.                    12 | |
| Feb. 2 | MANNS:  MOT. Requesting Full & Complete Transcript of Mot. to Suppress Hearing of 12/12/80. NR    .   13 | |
| 2 | MANNS:  MOT. for Court Appointed Investigator. NR    .   14 | |

CONTINUED

| FINE AND RESTITUTION PAYMENTS ||||||
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs MANNS, SYLIANE

80-475-CR-EPS
Yr. | Docket No. | Def.

| DATE 1981 | | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|---|
| FEB | 5 | 15 | ORDER(EPS) 1). Mot. for court-appointed investigator is GRANTED. 2) Mot. of deft for transcript of hearing on Mot. to Suppress is GRANTED. (EOD-M-2-9-81) CCAP. jl | | | | |
| | 10 | 16 | MOT. For Continuance of Hearing Before Mag. set for 2-13-81. jl | | | | |
| | 11 | 17 | ORDER: (PRP) Motion for Continuance DENIED. (EOD/M/2/12/81) CCAP rmw | | | | |
| | 18 | 18 | EXCERPT Transcript of proceedings, dated 2/13/81, pages 1 - 7. rmw | | | | |
| JAN | 30 | 19 | ORDER( EPS) Deft's mot. objecting to referral is DENIED(EOD-M-2-24-81) CCAP. jl | | | | |
| FEB | 13 | 20 | CJA 21: ORDER(EPS) Authorization for Mario J. Contillo, ct. rep. for expedited transcript. (2-13-81)Voucher 506155 jl | | | | |
| | 13 | 21 | CJA 21: Voucher for compensation to Mario Contillo in amt $167.50 (2-13-81) Voucher # 506155. jl | | | | |
| MAR | 6 | 22 | GOVT'S Response to deft's pet. for hring on Mag.'s ruling. jl | | | | |
| | 16 | 23 | NOT. of Further Hearing on Motion to Suppress, 2 P. M., 3/31/81. rmw | | | | |
| MAY | 4 | 24 | SUPPL. petn for hrg on Mags latest addl. ruling. (deft) NR dg | | | | |
| | 13 | 25 | ORDER(EPS): Cause is set for cr. jury trial 2 wk period of 6/1/81. Pretrial conference set for 5/21/81. @ 9:00 AM. Calendar call set for 5/28/81 @9:00 AM. Attys for govt & deft. fto file any proposed jury instructions or proposed voir dire questions at pretrial conference. (EOD/M-5/18/81) CCAP dg | | | | |
| | 21 | -- | Criminal non jury trial commenced and concluded. The defendant was found guilty as to both counts, adjudicated guilty, and referred to probation for a presentence investigation. Remain on same bond pending sentencing. ps | | | | |
| MAY | 7 | 26 | ORDER( EPS) Deft's Mot. to Suppress is DENIED.(EOD-M-6-3-81) CCAP. jl | | | | |
| MAR. | 2 | 27 | PET. For Hearing on Mag's Ruling. jl | | | | |
| MAY | 21 | 29 | WAIVER of Jury And Special Findings. jl | | | | |
| APRIL | 20 | 30 | TRANSCRIPT of proceedings before Mag. Palermo on 2-13-81 . Pages 1-42 jl | | | | |
| | 20 | 31 | TRANSCRIPT (excerpt) of proceedings before Judge Spellman on 12-12-80. Pages 1-67 jl | | | | |
| | 20 | 32 | TRANSCRIPT of hearing before Mag. Palermo on 3-31-81 . Pages 1-135 jl | | | | |
| May | 21 | 33 | MOT. to dismess,with prejudice,pursuant to federal speedy trial Act 18 U.S.C. 3161 ET. Sequitar. (deft) NR mb | | | | |
| June | 4 | 34 | ORDER(EPS):Mot to dismiss the ind. based on Speedy Trial is DENIED. (EOD/M-6/9/81) CCAP mb | | | | |

AO 256A      CONT.      Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

| DATE 1981 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| JULY 2 | 35  MANNS:  NOT. of Sentencing at 9:00 A.M. on 7-8-81.                                    jl | | | | |
| 2 | 36  MANNS:  ORDER( EPS) Cause has been set for sentencing on 7-8-81 at 9:00 A.M. Coun. to review P.S.I. with Client in advance of date of sent. (EOD-M-7-2-81) CCAP.    jl | | | | |
| 8 | 37  MANNS:  J & C: Committed to custody of the attorney general for one year and one day, special parole term of three years as to Count 1. As to Count 2, imprisonment one year and one day, special parole term of three years. Count 2 to run concurrent with Count 1. (7/8/8/81OEPS)M7/17/81.    ps | | | | |
| 13 | 38  MANNS: ORDER(EPS): That cause is set for status conf. on 7/22/81 @ 9:00 A.M. that deft be present at that status conf.(EOD/M-7-20-81)CCAP    mb | | | | |
| 28 | 39  MANNS: ORDER(WMH):1)That deft's surrender for commencement of sent. imposed on 7/8/81 is hereby STAYED for 60 days until further determination by this Court. 2)That deft's mot. for reduction of sent. is hereby taken under advisement. 3)That a status conf. is set for 9/30/81 @ 9:00 A.M.(EOD/M-7/31/81) CCAP    mb | | | | |
| Sept. 29 | 40  MANNS: SUPPLEMENT to mot. for reduction of sent. (deft)    mb | | | | |
| Oct. 27 | 41  MANNS: ORDER(EPS): CJA 21 authorizing Roger P. Gibson Inc., for Mag. hearing & pre-trial investigation, voucher #506055.(EOD/M-11-2-81)CCAP    mg | | | | |
| Nov. 2 | 42 MANNS: ORDER(EPS): ORDERED that upond the request of deft. herein, the court does hereby recommend that the deft. be designated to the F.C.I.C. at Fort Worth, Texas as first choice, ir the institution at Pleasanton, California as a second choice. (EOD/M-11-4-81)CCAP    mg | | | | |
| Oct. 27 | 43 MANNS: ORDER(EPS): ORDERED that the mot. for reduction of sentence is DENIED. The deft. is directed to surrender to the institution as designated by the Bureau of Prisons on Tuesday, January 5, 1982 at 12:00 Noon to commence serving her sentence.(EOD/M-11-5-81)CCAP    mg | | | | |
| 1982 Jan 19 | 44 MANNS: J & C:RETURN EXECUTED deft surrendered on 1/5/82 to FCI at Ft.Worth,TX,    ns | | | | |

--Continued--

AO 256A                                         Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs

80-475-Cr-EPS

Yr. | Docket No. | Def.

| DATE 1982 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Mar 11 | 45  MANNS: CJA 21 vouch #53402 for serv to Shirley & Assoc Amt of $67.50 .  ns | | | | |
| 11 | 46  MANNS: ORDER(EPS) CJA 21 auth Shirley & Assoc. for serv vouch 524202.  ns | | | | |
| 1983 March 9 | 47  MANNS: CJA 20 voucher for payment to Eva Wagner Kemper, Esq., counsel for deft., voucher #611104.  mg | | | | |

This Docket Sheet Has Been Scanned as Docket Entry No. #48

AO 256A

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days