U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 80-475 CR-EPS

U.S. OF AMERICA,

V.                                                                          "PRO-BONO PUBLICO"

SYLIANE MANNS,

DEFENDANT.
_____/

FILED by AJS D.C.
APR 3 0 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### NOTICE OF LIMITED APPEARANCE AS COUNSEL OF RECORD AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

COMES NOW, ROGELIO A. DEL PINO, ESQUIRE, and files his Limited Appearance as counsel for the above named Defendant. Counsel agrees to represent the Defendant for purposes arising out of the present motion in the United States District Court in and for the Southern District of Florida.

We hereby request that the clerk provides electronic notification of all electronic filings to Rogelio A. Del Pino, Esquire at delpinolaw@aol.com, counsel's e-mail address.

Dated in Miami, Miami-Dade County, Florida, this 28th., day of April, 2009.

Respectfully submitted,

Rogelio A. Del Pino, Esq.
Del Pino & Associates, P.A.
3850 Bird Road – Suite 302
Miami, Florida 33146
Telephone: 305 541-1801
Facsímile: 305 541-1886
delpinolaw@aol.com