UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 80-475-CR-COOKE/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SYLIANE MANNS,

    Defendant.
_____/

### ORDER ON MOTION TO CORRECT CLERICAL MISTAKE IN DOCKET SHEET

THIS CAUSE came before the Court on the defendant's Motion to Correct Clerical Mistake in Docket Sheet (D.E. 49). Having reviewed the motion and all attachments and with the Court being fully advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this  13th  day of May, 2009.

*[signature]*
MARCIA G. COOKE
United States District Judge

copies furnished to:
All counsel of record